UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:06-HC-2205-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | MOTION TO EXTEND |
| | ) | DISCOVERY PERIOD UNTIL |
| | ) | JANUARY 11, 2012 |
| THOMAS MATHERLY, | ) | |
| Respondent | ) | |

THOMAS MATHERLY, the Respondent in the above-captioned case, by and through his counsel, and with the consent of the Petitioner, by and through the Assistant United States Attorneys, respectfully requests an extension of the discovery period until January 11, 2012. In support of his motion, Mr. Matherly shows the following:

1. Pursuant to the August 4, 2010 Standing Order, the period of open discovery will run from October 31, 2011 through December 30, 2011.

2. Dr. Fabian Saleh, the Respondent-selected court examiner, submitted his report to the Court on November 10, 2011 pursuant to the Court's November 4, 2011 Order. [DE 98.]

3. The parties were unable to coordinate a deposition date for Dr. Saleh sooner than January 11, 2012. Pending the resolution of this motion, the parties have scheduled his deposition for January 11, 2012.

3. Because Dr. Saleh's deposition would have to be held outside the discovery period, and as a result of the parties' December scheduling

1

difficulties, the parties have scheduled Mr. Matherly's deposition for January 10, 2012 pending the resolution of this motion.

4. The Court continued Respondent's hearing in this matter until further notice. [DE 90.] A new hearing date has not yet been announced. Respondent agrees this extension is in his interests.

5. Counsel for Respondent has conferred with AUSA Norman Acker, lead counsel for the government, and he does not oppose the requested extension.

For the foregoing reasons, Respondent respectfully requests that the Court grant the motion and extend the discovery period until January 11, 2012.

This 16th day of December 2011.

>THOMAS C. McNAMARA
>FEDERAL PUBLIC DEFENDER
>
>*/s/ Debra Carroll Graves*
>Attorney for the Respondent
>Assistant Federal Public Defender
>North Carolina State Bar #: 13513
>E-mail: debra_graves@fd.org
>
>*/s/ Katherine E. Shea*
>Attorney for the Respondent
>Assistant Federal Public Defender
>Member of the New York State Bar
>E-mail: kat_shea@fd.org

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document was served upon the following through CM/ECF addressed below:

       G. Norman Acker, III
       R.A. Renfer, Jr.
       Tobin W. Lathan
       Assistant United States Attorney
       United States Courthouse
       norman.acker@usdoj.gov
       Rudy.renfer@usdoj.gov
       toby.lathan@usdoj.gov
       310 New Bern Ave., Suite 800
       Raleigh, North Carolina 27611

       Michael D. Bredenberg
       mbredenberg@bop.gov
       Federal Medical Center
       P.O. Box 1600
       Butner, NC 27509

This 16th day of December, 2011.

       THOMAS C. McNAMARA
       FEDERAL PUBLIC DEFENDER

       */s/ Katherine E. Shea*
       Attorney for the Respondent
       Thomas Matherly
       150 Fayetteville St., Ste. 450
       Raleigh, North Carolina 27601
       Telephone: (919) 856-4236
       Member of the New York State Bar
       E-mail: kat_shea@fd.org